# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>2015 DODGE RAM 3500 TRUCK, VIN 3C6URVJG5FES12061, et al;<br><br>                  Defendants. | 4:18CV3097<br><br>ORDER |

      This matter is before the Court on the Government's Motion to Reassign Case, ECF No. 8. The Government asserts that this case is related to litigation pending before Senior United States District Judge Richard Kopf and United States Magistrate Judge Cheryl Zwart. Neither the Motion nor the supporting brief identifies the litigation this case is allegedly related to, but states that "upon information and belief," there is pending litigation before Judges Kopf and Zwart related to search warrants concerning some of the defendant property. The Government alleges that the pending litigation is sealed.

      Absent some identification of the nature of the pending litigation before Judges Kopf and Zwart, the Court is unable to assess whether the cases are related under NECivR 1.4(a)(3)(A). Further, the Government's description of the case indicates that it may involve a criminal case or a criminal investigation. Under NECivR 1.4(a)(4)(C)(iv), "[c]ivil cases are not related to criminal cases." At this stage, the Court cannot assess whether this case is related to any pending litigation. Accordingly,

      IT IS ORDERED: The Government's Motion to Reassign Case, ECF No. 8, is denied without prejudice.

Dated this 7th day of August, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge