IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>2015 DODGE RAM 3500 TRUCK, VIN 3C6URVJG5FES12061,  44,846.80 CARTONS OF ASSORTED BRAND CIGARETTES,  ASSORTED SAMPLES OF ASSORTED CARTONS OF CIGARETTES,  CROWN FORK-LIFT, RR S200 SERIES, SERIAL NUMBER 1A268808,  52,843 CARTONS OF ASSORTED BRAND CIGARETTES, and  2005 FREIGHTLINER M2106 BOX TRUCK, VIN FVACWDCX5HV11800,<br><br>　　　　　　Defendants. | 4:18CV3097<br><br><br>**ORDER** |

　　After due consideration,

　　IT IS ORDERED that:

　　(1)　The motion to withdraw claim submitted by HCI Distribution, Inc. (Filing no. 119) is granted.

　　(2)　The motion to withdraw claim submitted by Rock River Manufacturing, Inc. (filing no. 120) is granted.

　　(3)　The motion (filing no. 121) by the government for a Clerk's Entry of Default Judgment <u>against the foregoing described claimants and any other party who has not filed a claim</u> is <u>granted</u> regarding:

1. 2005 Freightliner M2106 Box Truck, VIN 1FVACWDCX5HV11800;

2. 44,846.80 Cartons of Assorted Brand Cigarettes;

3. 2015 Dodge Ram 3500 truck, VIN 3C6URVJGSFES12061;

4. Assorted Samples of Assorted Cartons of Cigarettes;

5. Crown Forklift, RR S200 Series, Serial #1A268808;

6. $325,009.00 proceeds of the interlocutory sale of Cigarettes;

7. 52,843 Cartons of Assorted Brand Cigarettes.

Dated this 19th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge